# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER M. LEWIS, Defendant. | PO-22-05182-GF-JTJ VIOLATION: E1383894 Location Code: M13 ORDER |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation E1383894 (for a total of $70), and for good cause shown, **IT IS ORDERED** that the $70 fine paid by the defendant is accepted as a full adjudication of violation E1383894.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 8, 2022, is **VACATED**.

DATED this 2nd day of December, 2022.

_____
John Johnston
United States Magistrate Judge